U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 4 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DEBORAH STEWART<br>    Appellant | CIVIL ACTION<br>NO. 06-1702 |
| VERSUS | |
| JO ANNE B. BARNHART<br>COMMISSIONER OF SOCIAL SECURITY<br>    Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Stewart's appeal is DENIED and the final decision of the Commissioner is AFFIRMED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 24th day of July, 2007.

                                          DEE D. DRELL
                               UNITED STATES DISTRICT JUDGE